S. S. URMY, *Plaintiff*, v. N. B. ARNOLD, *Defendant*
(J. M. DUMENIL, *Intervenor*).

No. 17,599.

### HEADNOTE BY THE REPORTER.

QUO WARRANTO—*"Soldiers' Preference Law"*—*Two Applicants.*
The "Soldiers' Preference Law" creates a preferred class from
which appointments to office shall be made, but there is no
paramount right to an office between members of the class
who are found to be competent, and one of them can not main-
tain an action therefor.

Original proceeding in quo warranto.  Opinion filed
January 6, 1912.  Demurrer to each petition sustained.

*Joseph G. Waters, J. J. Schenck,* and *P. H. Coney,*
for the plaintiff.

*W. C. Ralston,* city attorney, *Hazen & Gaw,* and *J. M.
Dumenil,* for the defendant.

*Per Curiam:*  This is an action to oust the defendant
from the office of police judge of the city of Topeka
and to install the plaintiff therein under the soldier and
sailor preference law.  (Gen. Stat. 1909, § 7879.)  The
intervening petitioner, J. M. Dumenil, pleads the same
right and asks for the same remedy.  The law referred
to creates a preferred class from which appointments
shall be made, but there is no paramount right between
members of the class who may apply for the office and
are found to be competent, and one of them can not
maintain an action therefor.  (*Campbell v. Sargent,*
85 Kan. 590, 118 Pac. 71.)  The demurrer to the peti-
tion and the demurrer to the intervening petition are
sustained.